# LEVIN GINSBURG

ATTORNEYS AT LAW

180 NORTH LASALLE STREET ▪ SUITE 3200
CHICAGO, ILLINOIS 60601-2800
312.368.0100

June 1, 2010

**VIA HAND DELIVERY**

**FILED**
6-3-2010
JUN 3 2010

JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

The Honorable Harry D. Leinenweber
United States District Judge
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: *Pactiv Corporation v. Multisorb Technologies, Inc. et al.*
    Civil Action No.: 10-cv-00461
    Our File No.: 344503

Dear Judge Leinenweber:

We, along with our co-counsel Gibbons P.C., represent plaintiff Pactiv Corporation ("Pactiv") in the above-referenced action.

This letter is submitted jointly on behalf of Pactiv and both defendants, Mitsubishi Gas Chemical America, Inc. ("MGCA") and Multisorb Technologies, Inc. ("Multisorb"), to request that the initial conference scheduled before Your Honor on June 23, 2010 at 9:00 a.m. be rescheduled for either July 7 or July 8, 2010. (Docket Entry 16).

Counsel for defendant MGCA will be traveling to California and then overseas from June 18th to July 2nd. Furthermore, while MGCA has filed a responsive pleading in the case, to date, defendant Multisorb has not. And, Multisorb's deadline for doing so is not until July 2, 2010.

Pending the rescheduled date for the initial conference, counsel have agreed to work together on preparing a proposed form of scheduling order. Subject to Your Honor's approval, the scheduling order will propose that all dates for disclosures, contentions, and other relevant discover under the Local Patent Rules commence form the single date of defendant Multisorb's responsive pleading, as opposed to having two different schedules tied to the date of each defendant's responsive pleading.

We thank the Court for its consideration of this joint request. In the event Your Honor has any questions in that regard, we are available at Your Honor's convenience.
Sincerely,

LEVIN GINSBURG

MITCHELL S. CHABAN
mchaban@lgattorneys.com

MSC/hc

cc:    Counsel of record (via email)

Page 1 of 1