Mitchell S. Chaban
**LEVIN GINSBURG**
180 North LaSalle Street, Suite 3200
Chicago, IL 60601
Telephone: (312) 368-0100

David E. De Lorenzi (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Telephone: (973) 596-4500

Frank A. Bruno (admitted *pro hac vice*)
**GIBBONS P.C.**
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 665-0400

*Attorneys for Plaintiff*
*Pactiv Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| PACTIV CORPORATION, | |
| Plaintiff, | Civil Action No.: 10-cv-00461 |
| v. | Hon. Harry D. Leinenweber |
| MULTISORB TECHNOLOGIES, INC., | |
| Defendant. | |

**MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AND TO DISMISS**

Plaintiff Pactiv Corporation ("Pactiv"), by and through its attorneys, Levin Ginsburg and Gibbons P.C., hereby moves before this Court for Partial Judgment on the Pleadings and to Dismiss Multisorb Technologies, Inc.'s ("Multisorb's") counterclaim for false marking. For the reasons set forth in the Pactiv's Memorandum of Law in Support of its Motion for Partial

1

Judgment on the Pleadings and to Dismiss, Pactiv respectfully requests that this Court dismiss Multisorb's counterclaim for false marking because the claim is precluded by the Leahy-Smith America Invents Act, which was signed into law on September 16, 2011.

Dated: September 27, 2011      By:    /s/ Mitchell S. Chaban
Mitchell S. Chaban
**LEVIN GINSBURG**
180 North LaSalle Street, Suite 3200
Chicago, Illinois 60601
Telephone: (312) 368-0100

David E. De Lorenzi (admitted *pro hac vice*)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

Frank A. Bruno (admitted *pro hac vice*)
**GIBBONS P.C.**
1700 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 665-0400

*Attorneys for Plaintiff*
*Pactiv Corporation*

# CERTIFICATE OF SERVICE

I, Mitchell S. Chaban, an attorney at the law firm of Levin Ginsburg, hereby certify that on September 27, 2011 this Motion for Partial Judgment on the Pleadings and to Dismiss was electronically filed with the Clerk of the Court on behalf of Plaintiff Pactiv Corporation.

I hereby further certify that I caused true and correct copies of the foregoing document to be served via electronic service upon the following individuals:

> David H. Bluestone, Esq.
> Gary M. Ropski, Esq.
> **Brinks, Hofer, Gilson & Lione**
> 455 North Cityfront Plaza Drive
> Suite 3600
> Chicago, IL 60611-5599
>
> Michael R. McGee, Esq.
> Jennifer L. Friedman, Esq.
> Laura A. Colca, Esq.
> **McGee & Gelman**
> 200 Summer Street
> Buffalo, NY 14222
>
> Stephen B. Salai, Esq.
> **Harter Secrest & Emery LLP**
> 1600 Bausch & Lomb Place
> Rochester, NY 14604

Dated: September 27, 2011          /s/ Mitchell S. Chaban
Chicago, Illinois                     Mitchell S. Chaban